**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**James Zeetehkenz,**

**Plaintiff,**

**-against-**

**United States Postal Service, et al.,**

**Defendants.**

**1:26-cv-08660 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's 10/21/26 Memo Endorsement (ECF No. 6), the Government's motion was due yesterday, November 9, 2026, and is now past due. Accordingly, it is hereby ORDERED that the Government shall file its motion no later than Friday, November 13, 2026, or seek an extension from the Court.

**SO ORDERED.**

Dated: New York, New York
November 10, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge